Kent A. Gardiner *(pro hac vice)*
Kathryn D. Kirmayer *(pro hac vice)*
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: kgardiner@crowell.com
kkirmayer@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Christine E. Cwiertny (CA Bar No. 222098)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949-263-8400
Facsimile: 949-263-8414
E-mail: dsasse@crowell.com
ccwiertny@crowell.com

Counsel for Plaintiffs
Sun Microsystems, Inc.,
and Unisys Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *HONEYWELL INTERNATIONAL INC. v. HYNIX SEMICONDUCTOR, INC. ET AL.*<br><br>Case No. C 06-02917 PJH<br><br>*SUN MICROSYSTEMS, INC. v. HYNIX SEMICONDUCTOR, INC., ET AL.*<br><br>Case No. C 06-01665 PJH<br><br>*UNISYS CORPORATION v. HYNIX SEMICONDUCTOR, INC., ET AL.*<br><br>Case No. C 06-02915 PJH | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>**(CIVIL L.R. 6-2)** |

Pursuant to Civil Local Rule 6-2 of the Federal District Court for the Northern District of California, counsel for Plaintiffs Honeywell International Inc., Sun Microsystems, Inc. ("Sun") and Unisys Corporation ("Unisys") (collectively, "Plaintiffs") and Defendants Mosel Vitelic Inc., Mosel Vitelic Corp., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Nanya Technology Corporation, Nanya Technology Corporation, USA, Winbond Electronics Corporation, Winbond Electronics Corporation America, Elpida Memory, Inc., Elpida Memory

(USA) Inc., Mitsubishi Electric Corporation, Mitsubishi Electric and Electronics USA, Inc., Mitsubishi Electric Europe B.V., NEC Electronics America, Inc., Samsung Electronics Company, Ltd., and Samsung Semiconductor, Inc., submit this Joint Stipulation and [Proposed] Order Rescheduling the Case Management Conference.

WHEREAS, the other named Defendants have been contacted by counsel and do not adopt a position on this motion because they have not been served with the relevant complaint.

WHEREAS, the Court has set a Case Management Conference ("CMC") for July 27, 2006, involving each of the above related actions;

WHEREAS, Plaintiffs have provided certain defendants with various extensions of time over the next 60-90 days to respond to their complaints and other defendants have not been served;

WHEREAS, the parties to Sun's and Unisys' actions have discussed and agreed in principle to a stipulation, though they have not reached final agreement, pursuant to which Sun and Unisys may file a Consolidated Amended Complaint;

WHEREAS, certain defendants are still attempting to retain counsel to defend them because of conflicts of interest;

WHEREAS, it appears that it would be more efficient to conduct the initial CMC after service on all defendants and closer in time to when defendants will respond to Plaintiffs' complaints.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED:

Subject to the Court's convenience and calendar, the initial CMC in the above-captioned cases shall occur on September 21, 2006.

Dated: July 20, 2006

LINDQUIST & VENNUM, P.L.L.P

/s/

James M. Lockhart
Attorneys for Plaintiff
Honeywell International, Inc.

Dated: July 20, 2006

CROWELL & MORING LLP

/s/

Daniel A. Sasse
Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

Dated: July 20, 2006

CROWELL & MORING LLP

/s/

Daniel A. Sasse
Attorneys for Plaintiff
UNISYS CORPORATION

Dated: July 20, 2006

TOPEL AND GOODMAN

/s/

Andrea DeShazo
Attorneys for Defendants
MOSEL VITELIC INC. and
MOSEL VITELIC CORPORATION

Dated July 20, 2006

O'MELVENY & MYERS LLP

/s/

Michael Tubach
Kenneth O'Rourke
Attorneys for Defendants
HYNIX SEMICONDUCTOR, INC. and
HYNIX SEMICONDUCTOR AMERICA, INC.
Counsel for Hynix in the Sun and Unisys cases only

Dated: July 20, 2006

/s/

Terrence H. Cross
General Counsel of Defendant
SAMSUNG SEMICONDUCTOR, INC. and
Attorney duly authorized to accept service on behalf of Defendant, SAMSUNG ELECTRONICS COMPANY, LTD.

Dated: July 20, 2006

THELEN REID & PRIEST, LLP

/s/

Robert B. Pringle
Attorneys for Defendants
NEC ELECTRONICS AMERICA, INC.

Dated: July 20, 2006

SIMPSON THACHER & BARTLETT LLP

/s/

Harrison J. Frahn IV
Attorneys for Defendants
ELPIDA MEMORY, INC., and
ELPIDA MEMORY (USA) INC.

Dated: July 20, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Robert Freitas
Attorneys for
NANYA TECHNOLOGY CORPORATION, and
NANYA TECHNOLOGY CORPORATION, USA

Dated: July 20, 2006

COLLETTE & ERICKSON LLP

/s/
William Silas Farmer, Jr.
Steven H. Morrissett
Attorneys for Defendants
WINBOND ELECTRONICS CORPORATION, and
WINBOND ELECTRONICS CORPORATION AMERICA

Dated: July 20, 2006

KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP

/s/
Kenneth E. Keller
Michael D. Lisi
Attorneys for
MITSUBISHI ELECTRIC CORPORATION,
MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC., and
MITSUBISHI ELECTRIC EUROPE B.V.

**ATTESTATION**

I attest that James M. Lockhart, Daniel A. Sasse, Andrea DeShazo, Kenneth O'Rourke, Robert Pringle, Terrence Cross, Harrison J. Frahn, IV, Robert Freitas, William Farmer, Jr., Kenneth Keller have concurred in the filing of this document and that their original signatures will be retained on-file pursuant to General Order 45, Section X.B.

Dated: July 20, 2006

CROWELL & MORING LLP

/s/
Christine E. Cwiertny

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 25, 2006

Honorable PHYLLIS [illegible]
UNITED STA[illegible]UDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA