KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
PATRICIA J.B. DEWITT (S.B. #211740)
pdewitt@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Hynix Defendants in the* Sun *and* Unisys *matters only*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Sun Microsystems, Inc. and Unisys Corporation, | Case Nos. C 06-01665 and 02915 PJH (Consolidated) |
| Plaintiffs, | |
| v. | |
| Hynix Semiconductor, Inc. et al., | |
| Defendants. | |
| *and* | |
| Honeywell International Inc., | Case No. C 06-02917 PJH |
| Plaintiff, | |
| v. | **STIPULATION AND [P~~ROPOSED~~]  ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Hynix Semiconductor, Inc. et al., | |
| Defendants. | Current date: Nov. 9, 2006<br>Proposed date: Dec. 14, 2006<br>Time: 2:30 pm<br>Courtroom of the Hon. Phyllis J. Hamilton |

STIPULATION AND [PROPOSED] ORDER
CONT. CASE MANAGEMENT CONF.

1  WHEREAS some counsel are not available on the date currently set for the
2  Case Management Conference in these cases; and
3  WHEREAS all counsel have agreed to a new date for the Conference;
4  IT IS HEREBY STIPULATED by and between the parties hereto, subject to
5  the approval of the Court, that the Case Management Conference for these matters shall
6  be continued from November 9, 2006 at 2:30 pm to December 14, 2006 at 2:30 pm.

Dated: November 2, 2006            O'MELVENY & MYERS LLP


By: *s/ Patricia J.B. DeWitt*
    Kenneth R. O'Rourke
    Michael Tubach
    Ian T. Simmons
    Steven Bergman
    Patricia J.B. DeWitt

Attorneys for Defendants
Hynix Semiconductor, Inc. and Hynix
Semiconductor America, Inc. in the *Sun*
and *Unisys* matters

Dated: November 2, 2006            PILLSBURY WINTHROP SHAW
                                   PITTMAN LLP


By: *s/ Albert J. Boro, Jr.*
    Terrence A. Callan
    Albert J. Boro, Jr.
    Ryan Takemoto

Attorneys for Defendants
Hynix Semiconductor, Inc. and Hynix
Semiconductor America, Inc. in the
*Honeywell* matter

| | | |
|---|---|---|
| 1 | Dated: November 2, 2006 | JENNER & BLOCK LLP |
| 2 | | |
| 3 | | By: *s/Terrence J. Traux* |
| 4 | | Terrence J. Truax<br>Donald Harris<br>Gabriel Fuentes |
| 5 | | Brian C. Haussman |
| 6 | | KRIEG KELLER SLOAN REILLEY & ROMAN LLP |
| 7 | | |
| 8 | | Kenneth E. Keller<br>Michael D. Lisi |
| 9 | | Attorneys for Defendants |
| 10 | | Mitsubishi Electric Corporation, Mitsubishi Electric and Electronics USA, Inc. and Mitsubishi Electric Europe B.V. |
| 11 | | |
| 12 | Dated: November 2, 2006 | TOPEL AND GOODMAN |
| 13 | | |
| 14 | | By: *s/ William Goodman* |
| 15 | | William Goodman<br>Raphael Goldman |
| 16 | | Attorneys for Defendants |
| 17 | | Mosel Vitelic Inc. and<br>Mosel Vitelic Corporation |
| 18 | Dated: November 2, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 19 | | |
| 20 | | |
| 21 | | By: *s/ Howard Ullman* |
| 22 | | Robert E. Freitas<br>Howard Ullman<br>Na'il Benjamin |
| 23 | | Cynthia Wickstrom<br>E. Anne Hawkins |
| 24 | | Attorneys for Defendants Nanya |
| 25 | | Technology Corporation and Nanya Technology Corporation USA |

| | | |
|---|---|---|
| 1 | Dated: November 2, 2006 | COLLETTE ERICKSON FARMER & O'NEILL LLP |

By: *s/ William Farmer*
  William S. Farmer

FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP

  Steven Morrissett

Attorneys for Defendant Windbond Electronics Corporation America

Dated: November 2, 2006  SIMPSON THACHER & BARTLETT LLP

By: *s/ Harrison J. Frahn*
  Harrison J. Frahn
  Jason Bussey
  James G. Kreissman
  Michele E. Kemmerling
  Isabelle Young

Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc.

Dated: November 2, 2006  KAYE SCHOLLER LLP

By: *s/ Julian Brew*
  Aton Arbisser
  Julian Brew

Attorneys for Defendants
Infineon Technologies, AG and Infineon Technologies North America Corporation

| | | |
|---|---|---|
| 1 | Dated: November 2, 2006 | MCDERMOTT WILL & EMERY LLP |
| 2 | | |
| 3 | | By: */s Craig P. Seebald* |
| 4 | | Daniel E. Alberti<br>Craig P. Seebald<br>Bobby R. Burchfield<br>Richard W. Smith |
| 5 | | |
| 6 | | |
| 7 | | Attorneys for Defendants |
| 8 | | Hitachi, Ltd.; Hitachi America, Ltd.; and Renesas Technology America, Inc. f/k/a Hitachi Semiconductor (America) Inc. |
| 9 | | |
| 10 | Dated: November 2, 2006 | THELEN REID & PRIEST LLP |
| 11 | | |
| 12 | | By: */s Paul R. Griffin* |
| 13 | | Robert B. Pringle<br>Paul R. Griffin<br>Jonathan E. Schwartz |
| 14 | | |
| 15 | | Attorneys for Defendant NEC Electronics America, Inc. |
| 16 | | |
| 17 | Dated: November 2, 2006 | CROWELL & MORING LLP |
| 18 | | |
| 19 | | By: */s Daniel A. Sasse* |
| 20 | | Daniel A. Sasse<br>Kent A. Gardiner<br>Kathryn D. Kirmayer<br>Jerome A. Murphy<br>Christine E. Cwiertny |
| 21 | | |
| 22 | | |
| 23 | | Attorneys for Plaintiffs<br>Sun Microsystems, Inc. and<br>Unisys Corporation |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1  Dated: November 2, 2006              LINDQUIST & VENNUM PLLP

3                                       By: */s James P. McCarthy*
4                                            James M. Lockhart
                                             James P. McCarthy

5                                       Attorneys for Plaintiff Honeywell
                                        International, Inc.

9  IT IS SO ORDERED, this 3rd day of November, 2006.

                                        _____
                                        The Hon. Phyllis J. Hamilton
                                        United States District Judge
                                        Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

LA2:815400.1

- 6 -    STIPULATION AND [PROPOSED] ORDER
         CONT. CASE MANAGEMENT CONF.