1    KENNETH R. O'ROURKE (S.B. #120144)
     korourke@omm.com
2    PATRICIA J.B. DEWITT (S.B. #211740)
     pdewitt@omm.com
3    O'MELVENY & MYERS LLP
     400 South Hope Street
4    Los Angeles, CA  90071-2899
     Telephone:    (213) 430-6000
5    Facsimile:    (213) 430-6407

6    MICHAEL F. TUBACH (S.B. #145955)
     mtubach@omm.com
7    O'MELVENY & MYERS LLP
     Embarcadero Center West
8    275 Battery Street
     San Francisco, CA  94111-3305
9    Telephone:    (415) 984-8700
     Facsimile:    (415) 984-8701

10

11   Attorneys for Defendants Hynix
     Semiconductor, Inc. and Hynix
12   Semiconductor America, Inc.

13

14

15

16                  **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18                   **SAN FRANCISCO DIVISION**

19

20

21

22   Sun Microsystems, Inc. and Unisys          Case Nos.  C 06-01665 PJH (Consolidated)
     Corporation,
23                                               **STIPULATION AND [PROPOSED]**
                            Plaintiffs,          **ORDER EXTENDING** *SUN*
24                                               **PROTECTIVE ORDER TO** *UNISYS*
           v.                                    **CASE AND EXTENDING** *DRAM*
25                                               *ANTITRUST LITIGATION*
     Hynix Semiconductor, Inc., et al.,          **CONFIDENTIALITY DESIGNATIONS**
26
                            Defendants.
27

28
                                                      STIPULATION AND [PROPOSED] ORDER
                                                         AMENDING PROTECTIVE ORDER

1         WHEREAS the parties in *Sun Microsystems, Inc. v. Hynix Semiconductor,*

2 *Inc., et al.,* Case No. 06-01665 PJH (the "*Sun* case") stipulated to a protective order in that

3 case, which was approved by the Court on August 21, 2006 (the "*Sun* Protective Order,"

4 attached hereto as Exhibit A);

5         WHEREAS on September 6, 2006, a second action, *Unisys Corporation v.*

6 *Hynix Semiconductor, Inc., et al.,* Case No. C 06-02915 PJH (the "*Unisys* case"), was

7 consolidated with the *Sun* action for pretrial purposes;

8         WHEREAS the parties in the *Unisys* case have proprietary information and

9 documents that are not in the public domain and that are confidential, the unrestricted

10 disclosure of which may cause undue irreparable damage to the parties and their

11 respective businesses;

12         WHEREAS Paragraph 17 of the *Sun* Protective Order provides for

13 modification of that Order by stipulation of the parties approved by order of the Court;

14         WHEREAS one of the purposes of this Extension of the *Sun* Protective

15 Order is to protect the confidentiality of such information and documents in the *Unisys*

16 case;

17         WHEREAS the parties to both the *Sun* and *Unisys* cases have agreed to

18 extend the terms of the *Sun* Protective Order to the *Unisys* case;

19         WHEREAS the parties in *In re Dynamic Random Access Memory (DRAM)*

20 *Antitrust Litigation,* U.S.D.C. Northern District of California, Case No. 02-1486 PJH (the

21 "DRAM case"), stipulated to a protective order in that case, which was approved by the

22 Court on July 11, 2003 (the "DRAM Protective Order," attached hereto as Exhibit B);

23         WHEREAS defendants Hynix Semiconductor, Inc., Hynix Semiconductor

24 America Inc., Mosel Vitelic Inc., Mosel Vitelic Corporation, Nanya Technology

25 Corporation, Nanya Technology Corporation, USA, Winbond Electronics Corporation,

26 Winbond Electronics Corporation America, Elpida Memory, Inc., Elpida Memory (USA)

27 Inc., Infineon Technologies AG, and Infineon Technologies North America Corp.

28 previously produced discovery in the DRAM case, including documents, written

- 2 -

STIPULATION AND [PROPOSED] ORDER
AMENDING PROTECTIVE ORDER

1    discovery, and depositions (the "DRAM Discovery");

2           WHEREAS some of the DRAM Discovery was previously designated as

3    "Confidential" or "Highly Confidential" pursuant to the DRAM Protective Order;

4           WHEREAS the parties to both the *Sun* and *Unisys* cases have agreed that

5    documents previously designated by the parties as "Confidential" or "Highly

6    Confidential" pursuant to the DRAM Protective Order shall receive all the protections

7    afforded "Confidential" or "Highly Confidential" documents under this Protective Order;

8           The parties hereby STIPULATE AND AGREE:

9      1.)     that the terms and conditions of the *Sun* Protective Order shall apply with

10    full force and effect in the *Unisys* case;

11      2.)     that Paragraph 3 of the *Sun* Protective Order shall be amended to read as

12    follows:

13          All "Highly Confidential" or "Confidential" Litigation

14          Materials shall be used by the parties and their counsel solely

15          for the purpose of the prosecution or defense of these

16          litigations, Case Nos. C 06-01665 and C 06-02915 PJH,

17          including preparing for and conducting pretrial proceedings in

18          these actions.  Litigation Materials designated as

19          "Confidential" or "Highly Confidential" shall not be disclosed

20          to anyone except as provided herein and the contents thereof

21          shall not be used for any business, commercial or competitive

22          purpose, or used in any manner in any other case, litigation or

23          proceedings whether or not factually related to this action;

24          and

25      3.)     that Paragraph 1 of the Sun Protective Order shall be amended to read as

26    follows:

27          Documents that contain non-public information may be

28          designated as "Confidential" or "Highly Confidential" in the

STIPULATION AND [PROPOSED] ORDER
AMENDING PROTECTIVE ORDER

1  manner described below, so long as the materials concern the
2  producing party's trade secrets or other confidential research
3  and development or commercial information, or information
4  which the producing party otherwise has compelling need for
5  confidentiality.  This includes, without limitation: (a)
6  documents, exhibits, answers to interrogatories, responses to
7  requests for admissions and deposition transcriptions and all
8  original written, recorded, graphic or electronic matters (and
9  all identical and non-identical copies thereof), (b) any copies,
10 notes, abstracts or summaries of such information, and the
11 information itself, or (c) any pleading affidavit, declaration,
12 brief, motion, transcript or other writing containing such
13 information (subsections (a) to (c) collectively referred to
14 herein as "Litigation Materials"), all of which may be
15 designated as "Confidential" or "Highly Confidential" under
16 this Protective Order, as appropriate.  Further, Litigation
17 Materials previously designated "Confidential" or "Highly
18 Confidential" by the parties pursuant to the protective order
19 entered by the court in *In re Dynamic Random Access*
20 *Memory (DRAM) Antitrust Litigation*, U.S.D.C. Northern
21 District of California, Case No. 02-1486 PJH, on July 11,
22 2003, shall receive all the protections afforded "Confidential"
23 or "Highly Confidential" Litigation Materials under this
24 Protective Order.
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
                      AMENDING PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: November 13, 2006          O'MELVENY & MYERS LLP


By:  /s/ Patricia J.B. DeWitt
          Kenneth R. O'Rourke
          Michael Tubach
          Ian T. Simmons
          Steven Bergman
          Patricia J.B. DeWitt

Attorneys for Defendants
Hynix Semiconductor, Inc. and Hynix
Semiconductor America, Inc.


Dated: November 13, 2006          JENNER & BLOCK LLP


By:    /s/  Terrence J. Truax
          Terrence J. Truax
          Donald Harris
          Gabriel Fuentes
          Brian C. Haussman

KRIEG KELLER SLOAN REILLEY &
ROMAN LLP

          Kenneth E. Keller
          Michael D. Lisi

Attorneys for Defendants
Mitsubishi Electric Corporation, Mitsubishi
Electric and Electronics USA, Inc. and
Mitsubishi Electric Europe B.V.

Dated: November 13, 2006          TOPEL AND GOODMAN


By:  /s/ William Goodman
          William Goodman
          Raphael Goldman

Attorneys for Defendants
Mosel Vitelic Inc. and
Mosel Vitelic Corporation

- 5 -          STIPULATION AND [PROPOSED] ORDER
                  AMENDING PROTECTIVE ORDER

1

2

Dated: November 13, 2006            ORRICK, HERRINGTON & SUTCLIFFE
                                    LLP

3

4                                   By:  /s/ Na'il Benjamin
                                         Robert E. Freitas
5                                        Howard Ullman
                                         Na'il Benjamin
                                         Cynthia Wickstrom
6                                        E. Anne Hawkins

7                                   Attorneys for Defendants Nanya
                                    Technology Corporation and Nanya
8                                   Technology Corporation USA

9

10      Dated: November 13, 2006            FINNEGAN HENDERSON FARABOW
                                    GARRETT & DUNNER LLP

11

12                                  By:  /s/ Steven Morrissett
                                         Steven Morrissett

13

14                                  COLLETTE ERICKSON FARMER &
                                    O'NEILL LLP

15

16                                       William S. Farmer

17                                  Attorneys for Defendant Winbond
                                    Electronics Corporation America

18

19      Dated: November 13, 2006            SIMPSON THACHER & BARTLETT
                                    LLP

20

21                                  By:  /s/ Harrison J. Frahn
                                         James G. Kreissman
22                                       Harrison J. Frahn

23                                  Attorneys for Defendants Elpida Memory,
                                    Inc. and Elpida Memory (USA) Inc.

24

25

26

27

28

- 6 -

1

Dated: November 13, 2006          KAYE SCHOLLER LLP

2

3                                 By:  /s/ Julian Brew
                                       Aton Arbisser
4                                      Julian Brew

5
                                  Attorneys for Defendants
6                                 Infineon Technologies, AG and Infineon
                                  Technologies North America Corporation
7

8      Dated: November 13, 2006          CROWELL & MORING LLP

9

10                                By:   /s/ Daniel A. Sasse
                                       Daniel A. Sasse
11                                     Kent A. Gardiner
                                       Kathryn D. Kirmayer
12                                     Jerome A. Murphy
                                       Christine E. Cwiertny
13
                                  Attorneys for Plaintiffs
14                                Sun Microsystems, Inc. and
                                  Unisys Corporation
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                 AMENDING PROTECTIVE ORDER

1

[P~~ROPOSED~~] ORDER

2

3          Based upon the stipulation of the parties, and for good cause shown, the foregoing

4     is hereby SO ORDERED.

5

6          Dated: _____11/15/06_____

7                                        HON. PHYLLIS ~~J. HAMILTON~~

                                         UNITED STATES DISTRICT JUDGE

8                                        NORTHERN DISTRICT OF CALIFORNIA

9

10

11    LA2:816585.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                                      AMENDING PROTECTIVE ORDER