KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
STEVEN H. BERGMAN (S.B. #120144)
sbergman@omm.com
PATRICIA J.B. DEWITT (S.B. #211740)
pdewitt@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for*
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA
INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Sun Microsystems, Inc. and Unisys Corporation,<br><br>              Plaintiffs,<br><br>   v.<br><br>Hynix Semiconductor, Inc. et al.,<br><br>              Defendants. | Case Nos.  C 06-01665 and 02915 PJH (Consolidated)<br><br>Assigned for all purposes to the<br>Hon. Phyllis J. Hamilton<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Current date:   January 10, 2007<br>Proposed date:  March 7, 2007<br>Time:              9:00 a.m. |

1 WHEREAS defendants filed their motion to dismiss the consolidated
2 complaint on December 5, 2006 with a hearing date of January 10, 2007; and
3 WHEREAS the Court informed the parties at the December 14, 2006 case
4 management conference that it has a full hearing calendar on January 10, 2007; and
5 WHEREAS the Court requested the hearing be continued;
6 IT IS HEREBY STIPULATED by and between the parties, subject to the
7 approval of the Court, as follows:
8     1.    Plaintiffs' opposition to the motion to dismiss the consolidated
9 complaint shall be filed and served by January 17, 2007; and
10     2.    Defendants' reply brief in support of their motion to dismiss the
11 consolidated complaint shall be filed and served by February 7, 2007; and
12     3.    The hearing on Defendants' motion to dismiss the consolidated
13 complaint shall be at 9:00 a.m. on March 7, 2007.
14 /
15 /
16 /
17 /
18 /
19 /
20 /
21 /
22 /
23 /
24 /
25 /
26 /
27
28

SO STIPULATED.

Dated:  January 4, 2007  O'MELVENY & MYERS LLP


By:  */Steven H. Bergman/*
    Kenneth R. O'Rourke
    Michael Tubach
    Steven Bergman
    Patricia J.B. DeWitt

Attorneys for Defendants
HYNIX SEMICONDUCTOR, INC. and
HYNIX SEMICONDUCTOR AMERICA,
INC. and for purposes of this stipulation on
behalf of all moving defendants

Dated:  January 4, 2007  CROWELL & MORING LLP


By:  */Daniel A. Sasse/*
    Daniel A. Sasse
    Kent A. Gardiner
    Kathryn D. Kirmayer
    Jerome A. Murphy
    Christine E. Cwiertny

Attorneys for Plaintiffs
Sun Microsystems, Inc. and
Unisys Corporation

IT IS SO ORDERED, this  8th  day of January, 2007.

The Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

LA2:820353.1

- 3 -   STIPULATION AND [PROPOSED] ORDER
RE BRIEFING & HEARING SCHED..

# PROOF OF SERVICE

I, Maria Zita Chua, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On January 4, 2007, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

**PROPOSED ORDER**

☒  By ECF: by USDC Live System-Document Filing System on all interested parties registered for e-filing in cases 06-01665 PJH, C-06-02915 PJH, and 06-22917 PJH.

☒  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**See Attached Service List Of Non e-Filers**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 4, 2007 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　*/S/ Maria Zita Chua*
　　　　　　　　　　　　　　　　　　　　　　　Maria Zita Chua

## Service List Of Non e-Filers

| | |
|---|---|
| Harrison J. Frahn<br>Jason Bussey<br>James G. Kreissman<br>Michele Kemmerling<br>Isabelle Young<br>**SIMPSON THACHER & BARTLETT LLP**<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Facsimile: (650) 251-5002<br>Hfrahn@stblaw.com<br>jbussey@stblaw.com<br>jkreissman@stblaw.com<br>mkreissman@stblaw.com<br>iyoung@stblaw.com | **Attorneys for Defendants Elpida Memory, Inc.; Elpida Memory (USA) Inc.** |
| Aton Arbisser<br>Julian Brew<br>**KAYE SCHOLER LLP**<br>1999 Avenue of the Stars, #1600<br>Los Angeles, CA 90067-6048<br>Telephone: (310) 788-1000<br>Facsimile: (310) 788-1200<br>aarbisser@kayescholer.com<br>jbrew@kayescholer.com | **Attorneys for Defendants Infineon Technologies AG; Infineon Technologies North America Corp.** |
| Daneil E. Alberti<br>Craig P. Seebald<br>Bobby R. Burchfield<br>Richard w. Smith<br>**McDERMOTT WILL & EMERY LLP**<br>3150 Porter Dr.<br>Palo Alto, CA<br>94304-1212<br><br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100 | **Attorneys for Defendants Hitachi, Ltd; Hitachi America, Ltd.; and Hitachi Semiconductor (America)** |
| Robert B. Pringle, Esq.<br>Paul R. Griffin, Esq.<br>Jonathan E. Schwartz, Esq.<br>**THELEN, REID BROWN RAYSMAN & STEINER LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3601<br>Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211<br>rbpringle@thelenreid.com<br>pgriffin@thelenreid.com<br>jswartz@thelenreid.com | **Attorneys for NEC Electronics America, Inc.** |