Donald R. Harris (admitted *pro hac vice*) dharris@jenner.com
Terrence J. Truax (admitted *pro hac vice*) ttruax@jenner.com
Norman M. Hirsch (admitted *pro hac vice*) nhirsch@jenner.com
Gabriel A. Fuentes (admitted *pro hac vice*) gfuentes@jenner.com
Margaret J. Simpson (admitted *pro hac vice*) msimpson@jenner.com
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

Kenneth E. Keller (SBN 71450) kkeller@kksrr.com
Michael D. Lisi (SBN 196974) mlisi@kksrr.com
KREIG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorney for Defendants
Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics
USA, Inc., and Mitsubishi Electric Europe B.V.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| Sun Microsystems, Inc. and Unisys Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Hynix Semiconductor, Inc. et al.,<br><br>Defendants. | CASE NO. C 06-01665 and C 06-02915 PJH (Consolidated)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION** |

The parties to *Sun Microsystems, Inc. et al. v. Hynix Semiconductor, Inc. et al.,* Case No. C06-0 1665-PJH (the *"Sun* action"), *Unisys Corporation* v. *Hynix Semiconductor, Inc. et al.,* Case No. C06-02915-PJH (the *"Unisys* action") (consolidated by Order dated September 6, 2006 into Case No. C06-01665, and referred to together as

the "*Sun/Unisys* action") jointly submit this motion for approval of stipulation for extension of time in advance of the Court's May 31, 2007 Case Management Conference.

WHEREAS, on December 15, 2006 the Court ordered the parties to submit to ADR for Private Mediation within five months;

WHEREAS, the deadline to complete mediation is presently May 15, 2007;

WHEREAS, the parties have engaged in extensive discussions regarding the format and scheduling of mediation, but could not identify mutually agreeable dates prior to May 15, 2007 for the mediation consistent with the mediator's availability;

WHEREAS, the parties have agreed to hold group mediations on June 20, 2007 (for the *Unisys* action) and June 21, 2007 (for the *Sun* action) before mediator Gary V. McGowan in San Francisco, California;

WHEREAS, the parties have agreed to schedule additional days of mediation on July 19 and 20, 2007; and

WHEREAS, the parties have agreed to conduct individual mediations should the group mediations fail to reach resolution;

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate as follows:

1. Plaintiffs and Defendants have agreed to hold group mediations on June 20, 2007 (for the *Unisys* action) and June 21, 2007 (for the *Sun* action) before Gary V. McGowan in San Francisco, California.

2. The parties have agreed to schedule additional days of mediation on July 19 and July 20, 2007.

3. The parties agree that the May 15, 2007 deadline for private mediation should be extended through July 20, 2007, so as to allow mediations to take place on June 20 and 21, 2007, with subsequent days of mediation on July 19 and July 20, 2007; and

4. The parties agree to conduct individual mediations on July 19 and July 20, 2007, or sometime to be scheduled reasonably promptly thereafter should the group

mediations fail to reach resolution.

IT IS SO STIPULATED.

Dated:  May 15, 2007    CROWELL & MORING LLP


By: _____/s/_____
    Daniel A. Sasse
    Kent A. Gardiner
    Kathryn D. Kirmayer
    Jerome A. Murphy
    Christine E. Cwiertny
    David D. Cross


*Attorneys for Plaintiffs*
*Sun Microsystems, Inc. and*
*Unisys Corporation*

Dated:  May 15, 2007    JENNER & BLOCK LLP


By: _____/s/_____
    Donald R. Harris
    Terrence J. Truax
    Norman M. Hirsch
    Gabriel A. Fuentes
    Margaret J. Simpson

KRIEG KELLER SLOAN REILLEY & ROMAN LLP

    Kenneth E. Keller
    Michael D. Lisi

*Attorneys for Defendants*
*Mitsubishi Electric Corporation,*
*Mitsubishi Electric & Electronics USA, Inc.*
*and Mitsubishi Electric Europe B.V.*

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION
CASE NO. C 06-01665 and C 06-02915 PJH
(Consolidated)                                                                                                                    3
1535742.5

| | | |
|---|---|---|
| 1 | Dated: May 15, 2007 | O'MELVENY & MYERS LLP |

By: /s/
 Kenneth R. O'Rourke
 Michael F. Tubach
 Steven H. Bergman
 Patricia J. DeWitt

*Attorneys for Defendants*
*Hynix Semiconductor, Inc. and Hynix*
*Semiconductor America, Inc.*

Dated: May _15, 2007    HELLER EHRMAN LLP

By: /s/
 Stephen V. Bomse
 David C. Brownstein

*Attorneys for Defendants*
*Mosel Vitelic Inc. and*
*Mosel Vitelic Corporation*

Dated: May 15, 2007    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/
 Robert E. Freitas
 Howard Ullman
 Na'il Benjamin
 Cynthia Wickstrom

*Attorneys for Defendants Nanya*
*Technology Corporation and Nanya*
*Technology Corporation USA*

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION
CASE NO. C 06-01665 and C 06-02915 PJH
(Consolidated)
1535742.5

4

| | | |
|---|---|---|
| 1 | Dated: May 15, 2007 | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| 2 | | |
| 3 | | |
| 4 | | By:      /s/ <br>      William S. Farmer |
| 5 | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP |
| 6 | | |
| 7 | | Steven M. Morrissett |
| 8 | | *Attorneys for Defendants Winbond Electronics Corporation and Winbond Electronics Corporation America* |
| 9 | | |
| 10 | Dated: May 15, 2007 | SIMPSON THACHER & BARTLETT LLP |
| 11 | | |
| 12 | | |
| 13 | | By:      /s/ <br>      Harrison J. Frahn <br>      James G. Kreissman <br>      Jason Bussey <br>      Isabelle Young |
| 14 | | |
| 15 | | |
| 16 | | *Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc.* |
| 17 | | |
| 18 | Dated: May 15, 2007 | KAYE SCHOLER LLP |
| 19 | | |
| 20 | | By:      /s/ <br>      Julian Brew |
| 21 | | |
| 22 | | *Attorneys for Defendants Infineon Technologies, AG and Infineon Technologies North America Corporation* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION
CASE NO. C 06-01665 and C 06-02915 PJH
(Consolidated)
1535742.5

5

1
2
## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4
5
6
7   Dated:  5/16/07



8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION
CASE NO. C 06-01665 and C 06-02915 PJH
(Consolidated)                                                                                                    6
1535742.5