United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS INC.,

Plaintiff(s),

v.

HYNIX SEMICONDUCTOR INC., ET AL.,

Defendant(s).

_______________________________________/

Case No. C-06-01665 PJH (JCS) and
Related Case Nos. C-06-2915 PJH (JCS)
C-07-1212 PJH (JCS)
C-07-1207 PJH (JCS)
C-07-1200 PJH (JCS)
C-07-1381 PJH (JCS)

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL SAMSUNG TO PRODUCE CUSTOMER CODE IDENTITIES IN TRANSACTIONAL DRAM SALES DATA**
[Docket No. 102]

On August 29, 2007, the Court received a Joint Letter from counsel for Plaintiffs Sun Microsystems, Inc., Unisys Corporation, Jaco Electronics, Inc., Edge Electronics, Inc., and All American Semiconductor, Inc., and the DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, N.A. (collectively "Plaintiffs") and Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. (collectively "Samsung") [Docket No. 102].

In the Joint Letter, the parties sought a resolution of a discovery dispute concerning the identities of customers listed in the discovery to date. Plaintiffs sought the identities which correspond to the customer codes listed in such discovery (the "Motion to Compel"). The Motion came on for hearing on September 7, 2007, at 9:30 a.m., and all parties appeared through counsel.

Good cause appearing, and for the reasons stated on the record, the Court rules as follows:

1. Not later than September 14, 2007, Plaintiffs shall identify for Samsung all of Plaintiffs' parent, affiliate, and subsidiary corporations. Not later than September 21, 2007, Samsung shall provide to Plaintiffs the customer codes corresponding to each

United States District Court
For the Northern District of California

of the Plaintiffs and to all of the identified parent, affiliate, and subsidiary corporations.

2. Not later than September 14, 2007, Plaintiffs shall identify for Samsung all external manufacturers and module-makers through which Plaintiffs purchased DRAM products during the relevant period of time. Not later than September 21, 2007, Samsung shall provide to Plaintiffs the customer codes for all such external manufacturers and module-makers.

3. Not later than September 14, 2007, Samsung shall provide to Plaintiffs the customer codes for all Defendants in these matters, as well as for the six specific OEMs involved in Samsung's guilty plea.

4. Access to all of the information provided above shall be limited to outside counsel of record, expert witnesses, and consultants only.

IT IS SO ORDERED.

Dated: September 14, 2007

JOSEPH C. SPERO
United States Magistrate Judge