1 | Donald R. Harris (admitted *pro hac vice*) dharris@jenner.com
Terrence J. Truax (admitted *pro hac vice*) ttruax@jenner.com
2 | Norman M. Hirsch (admitted *pro hac vice*) nhirsch@jenner.com
Gabriel A. Fuentes (admitted *pro hac vice*) gfuentes@jenner.com
3 | Margaret J. Simpson (admitted *pro hac vice*) msimpson@jenner.com
4 | JENNER & BLOCK LLP
330 North Wabash Avenue
5 | Chicago, IL 60611
Telephone: (312) 222-9350
6 | Facsimile: (312) 527-0484

7 | Kenneth E. Keller kkeller@kksrr.com
Michael D. Lisi mlisi@kksrr.com
8 | KREIG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
9 | San Francisco, CA 94104
Telephone: (415) 249-8330
10 | Facsimile: (415) 249-8333

Attorneys for Defendants
12 | Mitsubishi Electric Corporation,
Mitsubishi Electric & Electronics USA, Inc., and
13 | Mitsubishi Electric Europe, B.V.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ~~SUN MICROSYSTEMS, INC.,~~ and UNISYS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC. ET AL., <br><br> Defendants. | ~~CASE NO. C 06-01665 PJH (Consolidated)~~ <br> CASE NO. C 06-02915 <br><br> **STIPULATION OF DISMISSAL [AND ORDER] AS TO MITSUBISHI DEFENDANTS PURSUANT TO RULE 41(a)(2)** |

The Parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi Electric Europe, B.V., with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other

1  defendant.

2  Dated: November 9, 2007    CROWELL & MORING LLP

4  By: /s/ Jerome A. Murphy

5  Kent A. Gardiner
   Kathryn D. Kirmayer
6  Jerome A. Murphy
   Daniel A. Sasse
7  Christine E. Cwiertny

8  *Attorneys for Plaintiffs Sun Microsystems, Inc., and Unisys Corporation.*

10 Dated: November 9, 2007    JENNER & BLOCK LLP

12 By: /s/

13 Donald R. Harris
   Terrence J. Truax
14 Norman M. Hirsch
   Gabriel A. Fuentes
15 Margaret J. Simpson

16 KRIEG KELLER SLOAN REILLEY & ROMAN LLP

17 Kenneth E. Keller
   Michael D. Lisi

19 *Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi Electric Europe, B.V.*

22 Good cause appearing, it is SO ORDERED.

25 Dated: 11/21/07

26 Phyllis J. Hamilton
   United States ...

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL AS TO MITSUBISHI DEFENDANTS
CASE NO. C 06-01665 PJH (CONSOLIDATED)