Jerome A. Murphy *(pro hac vice)*
David D. Cross *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
dcross@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949-263-8400
Facsimile: 949-263-8414
E-mail: dsasse@crowell.com
tlopez@crowell.com

*Counsel for Plaintiff Unisys Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNISYS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC, ET AL.,<br><br>Defendants. | Case No. C-06-02915 PJH<br><br>**STIPULATION OF DISMISSAL [AND ORDER] AS TO MOSEL DEFENDANTS PURSUANT TO RULE 41(a)(2)** |

The parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation, with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs

and attorney's fees. This dismissal shall not apply to or affect any other defendant.

DATED: January 14, 2008        CROWELL & MORING LLP

_____
Jerome A. Murphy
David D. Cross
Daniel A. Sasse
Theresa C. Lopez

*Counsel for Plaintiff Unisys Corporation*

DATED: January 14, 2008        HELLER EHRMAN WHITE & McAULIFFE LLP

_____
David C. Brownstein

*Counsel for Defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation*

Good cause appearing, it is SO ORDERED.

Dated: 1/18/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2