Jerome A. Murphy *(pro hac vice)*
David D. Cross *(pro hac vice)*
Matthew J. McBurney *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone:    202-624-2500
Facsimile:    202-628-5116
E-mail:       jmurphy@crowell.com
              dcross@crowell.com
              mmcburney@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:    949-263-8400
Facsimile:    949-263-8414
E-mail:       dsasse@crowell.com
              tlopez@crowell.com

Counsel for Plaintiff Sun Microsystems, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v, <br><br> HYNIX SEMICONDUCTOR, INC., *et al.*, <br><br> Defendants. | Case Nos.:   C 06-01665 PJH <br><br> **DECLARATION OF DAVID CROSS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO NANYA TECHNOLOGY CORPORATION USA'S AND NANYA TECHNOLOGY CORPORATION'S MOTIONS FOR SUMMARY JUDGMENT** |

I, David Cross, declare as follows:

1. I am an attorney with the law firm of Crowell & Moring LLP and am one of the attorneys for Plaintiffs in these matters. I submit this declaration in support of Plaintiffs' Consolidated Opposition to Nanya Technology Corporation USA's (NTC USA) and Nanya Technology Corporation's Motions for Summary Judgment. If called as a witness, I could and would testify as to the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of "Order Granting Summary Judgment in Part and Denying Summary Judgment In Part", *In re Dynamic Access Memory (DRAM) Antitrust Litig.*, (Feb. 20, 2007) (MDL Docket No. 1360).

3. Attached hereto as **Exhibit 2** is a true and correct copy EMUS 611768-92, a document produced by Elpida.

4. Attached hereto as **Exhibit 3** is a true and correct copy NTC 73-00012580-81, a document produced by the Nanya defendants.

5. Attached hereto as **Exhibit 4** is a true and correct copy of NTC 73-00026388-94, a document produced by the Nanya defendants.

6. Attached hereto as **Exhibit 5** is a true and correct copy NTC 73-00025973-79, a document produced by the Nanya defendants.

7. Attached hereto as **Exhibit 6** is a true and correct copy of NTC 60-0462, a document produced by the Nanya defendants.

8. Attached hereto as **Exhibit 7** is a true and correct copy of NTC 73-00053492-97, a document produced by the Nanya defendants.

9. Attached hereto as **Exhibit 8** is a true and correct copy of NTC-61 0851-56, a document produced by the Nanya defendants.

10. Attached hereto as **Exhibit 9** is a true and correct copy of NTC 73-00053471-91, a document produced by the Nanya defendants.

11. Attached hereto as **Exhibit 10** is a true and correct copy of NTC 73-0012598, a document produced by the Nanya defendants.

1    12.    Attached hereto as **Exhibit 11** is a true and correct copy of NTC 73-00012255, a
2  document produced by the Nanya defendants.

3    13.    Attached hereto as **Exhibit 12** is a true and correct copy of NTC 73-00025960, a
4  document produced by the Nanya defendants.

5    14.    Attached hereto as **Exhibit 13** is a true and correct copy of NTC 64-00012496-97,
6  a document produced by the Nanya defendants.

7    15.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the
8  deposition transcript of Kenneth Hurley, dated June 16, 2006.

9    16.    Attached hereto as **Exhibit 15** is a true and correct copy of Defendant Nanya
10  Technology corporation USA's Amended Response to Plaintiffs' Second Set of Interrogatories
11  dated March 15, 2006, App. A.

12    17.    Attached hereto as **Exhibit 16** is a true and correct copy of NTC 77-00000001-49,
13  a document produced by the Nanya defendants.

14    18.    Attached hereto as **Exhibit 17** is a true and correct copy of NTC-38 2391, a
15  document produced by the Nanya defendants.

16    19.    Attached hereto as **Exhibit 18** is a true and correct copy of NTC-46 0444, a
17  document produced by the Nanya defendants.

18    20.    Attached hereto as **Exhibit 19** is a true and correct copy of EMUS 414125-27, a
19  document produced by Elpida.

20    21.    Attached hereto as **Exhibit 20** is a true and correct copy of NTC-38 2045-46, a
21  document produced by the Nanya defendants.

22    22.    Attached hereto as **Exhibit 21** is a true and correct copy of NTC-38 2042-43, a
23  document produced by the Nanya defendants.

24    23.    Attached hereto as **Exhibit 22** is a true and correct copy of NTC-38 1960-61, a
25  document produced by the Nanya defendants.

26    24.    Attached hereto as **Exhibit 23** is a true and correct copy of NTC-53 0361-62, a
27  document produced by the Nanya defendants.

28

25. Attached hereto as **Exhibit 24** is a true and correct copy of NTC 73-00011465, a document produced by the Nanya defendants.

26. Attached hereto as **Exhibit 25** is a true and correct copy of NTC-53 0842, a document produced by the Nanya defendants.

27. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the deposition of Michael Walsh, dated June 28, 2006.

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the deposition of Daniel Donabedian, dated April 27, 2006.

29. Attached hereto as **Exhibit 28** is a true and correct copy of NTC 52-0001-06, a document produced by the Nanya defendants.

30. Attached hereto as **Exhibit 29** is a true and correct copy of Stipulation Re: Service, Pretrial Schedule, and Discovery 4:14-17 (filed May 25, 2007) (Sun Docket No. 146).

31. Attached hereto as **Exhibit 30** is a true and correct copy of Declaration of James Elliott, dated February 16, 2007.

32. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the deposition of James Elliott, dated December 4, 2007.

33. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the deposition of Brian Donahue, dated June 12, 2006.

34. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the deposition of David Dwyer, dated June 14, 2006.

35. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the deposition of Russell Grifo, dated June 5, 2008.

36. Attached hereto as **Exhibit 35** is a true and correct copy of NTC 64-00009480, a document produced by the Nanya defendants.

37. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the deposition of Michael Sadler, dated May 21, 2008.

38. Attached hereto as **Exhibit 37** is a true and correct copy of MVI0038205-08, a

1  document produced by Mosel.

2  39.  Attached hereto as **Exhibit 38** is a true and correct copy of MVI0037948-50, a
3  document produced by Mosel.

4  40.  Attached hereto as **Exhibit 39** is a true and correct copy of MVC54485, a
5  document produced by Mosel.

6  41.  Attached hereto as **Exhibit 40** is a true and correct copy of SSI-0005238353-55, a
7  document produced by Samsung.

8  42.  Attached hereto as **Exhibit 41** is a true and correct copy of SSI-0005060541, a
9  document produced by Samsung.

10  43.  Attached hereto as **Exhibit 42** is a true and correct copy of SSI-0005102432-34, a
11  document produced by Samsung.

12  44.  Attached hereto as **Exhibit 43** is a true and correct copy of SSI-0005283648, a
13  document produced by Samsung.

14  45.  Attached hereto as **Exhibit 44** is a true and correct copy of ITNA01022248-50, a
15  document produced by Infineon.

16  46.  Attached hereto as **Exhibit 45** is a true and correct copy of ITNA01137387, a
17  document produced by Infineon.

18  47.  Attached hereto as **Exhibit 46** is a true and correct copy of SSI-0005107856-57, a
19  document produced by Samsung.

20  48.  Attached hereto as **Exhibit 47** is a true and correct copy of SSI-0005073702, a
21  document produced by Samsung.

22  49.  Attached hereto as **Exhibit 48** is a true and correct copy of SSI-0005210056-57, a
23  document produced by Samsung.

24  50.  Attached hereto as **Exhibit 49** is a true and correct copy of SSI-0005238446-49, a
25  document produced by Samsung.

26  51.  Attached hereto as **Exhibit 50** is a true and correct copy of EMUS 741656-60, a
27  document produced by Elpida.

28

52. Attached hereto as **Exhibit 51** is a true and correct copy of SSI-0005284835-41, a document produced by Samsung.

53. Attached hereto as **Exhibit 52** is a true and correct copy of MU00598348, a document produced by Micron.

54. Attached hereto as **Exhibit 53** is a true and correct copy of MVC55322, a document produced by Mosel.

55. Attached hereto as **Exhibit 54** is a true and correct copy of excerpts from the deposition of Steve Thorsen, dated March 24, 2006.

56. Attached hereto as **Exhibit 55** is a true and correct copy of Micron's Third Supp. Responses to Plaintiffs' Second Set of Interrogatories, Sept. 8, 2006.

57. Attached hereto as **Exhibit 56** is a true and correct copy of excerpts from the deposition of Thomas Quinn, dated November 30, 2007.

58. Attached hereto as **Exhibit 57** is a true and correct copy of the deposition of T. Rudd Corwin, dated April 13, 2006.

59. Attached hereto as **Exhibit 58** is a true and correct copy of MVC 42548-50, a document produced by Mosel.

60. Attached hereto as **Exhibit 59** is a true and correct copy of MU00026836-37, a document produced by Micron.

61. Attached hereto as **Exhibit 60** is a true and correct copy of EMUS 145494-95, a document produced by Elpida.

62. Attached hereto as **Exhibit 61** is a true and correct copy of EMUS 634678-79, a document produced by Elpida.

63. Attached hereto as **Exhibit 62** is a true and correct copy of EMUS 96643-44, a document produced by Elpida.

64. Attached hereto as **Exhibit 63** is a true and correct copy of HSA:MILLER, C. 0021809-10, a document produced by Hynix.

65. Attached hereto as **Exhibit 64** is a true and correct copy of EMUS 230455-506, a

1  document produced by Elpida.

2  　　66.　　Attached hereto as **Exhibit 65** is a true and correct copy of EMUS 63592-93, a
3  document produced by Elpida.

4  　　67.　　Attached hereto as **Exhibit 66** is a true and correct copy of MVC 54191-93, a
5  document produced by Mosel.

6  　　68.　　Attached hereto as **Exhibit 67** is a true and correct copy of ITNA01132992-94, a
7  document produced by Infineon.

8  　　69.　　Attached hereto as **Exhibit 68** is a true and correct copy of SSI-0005238050-51, a
9  document produced by Samsung.

10  　　70.　　Attached hereto as **Exhibit 69** is a true and correct copy of EMUS 823395-96, a
11  document produced by Elpida.

12  　　71.　　Attached hereto as **Exhibit 70** is a true and correct copy of EMUS 105049-52, a
13  document produced by Elpida.

14  　　72.　　Attached hereto as **Exhibit 71** is a true and correct copy of NTC 53-0488-89, a
15  document produced by the Nanya defendants.

16  　　73.　　Attached hereto as **Exhibit 72** is a true and correct copy of Declaration of
17  Kenneth M. Hurley, dated October 13, 2006.

18  　　74.　　Attached hereto as **Exhibit 73** is a true and correct copy of excerpts from the
19  deposition of Steve Wang, dated April 17, 2006.

20  　　75.　　Attached hereto as **Exhibit 74** is a true and correct copy of excerpts from the
21  deposition of Kenneth Hurley, dated April 9, 2008.

22  　　76.　　Attached hereto as **Exhibit 75** is a true and correct copy of excerpts from the
23  deposition of Steve Hsu, dated June 29, 2006.

24  　　77.　　Attached hereto as **Exhibit 76** is a true and correct copy of excerpts from the
25  deposition of Pai Pei Lin, dated November 28, 2007.

26  　　78.　　Attached hereto as **Exhibit 77** is a true and correct copy of excerpts from the
27  deposition of Pamela Chen, dated March 29, 2006.

28

79. Attached hereto as **Exhibit 78** is a true and correct copy of excerpts from the deposition of Christina Stratmoen, dated December 10, 2007.

80. Attached hereto as **Exhibit 79** is a true and correct copy of NTC 73-00014705-06, a document produced by the Nanya defendants.

81. Attached hereto as **Exhibit 80** is a true and correct copy of NTC 73-00007544-55, a document produced by the Nanya defendants.

82. Attached hereto as **Exhibit 81** is a true and correct copy of NTC 53 0361-62, a document produced by the Nanya defendants.

83. Attached hereto as **Exhibit 82** is a true and correct copy of NTC 53 0260-61, a document produced by the Nanya defendants.

84. Attached hereto as **Exhibit 83** is a true and correct copy of NTC 51 0387-88, a document produced by the Nanya defendants.

85. Attached hereto as **Exhibit 84** is a true and correct copy of excerpts from the deposition of Il Ung Kim, dated January 9, 2008.

86. Attached hereto as **Exhibit 85** is a true and correct copy of Expert Report of Alan Cox, Ph.D., Mar. 7, 2008.

87. Attached hereto as **Exhibit 86** is a true and correct copy of MU00670470-71, a document produced by Micron.

88. Attached hereto as **Exhibit 87** is a true and correct copy of MU00671020-21, a document produced by Micron.

89. Attached hereto as **Exhibit 88** is a true and correct copy of excerpts from the deposition of Charles Kau, July 12, 2006.

90. Attached hereto as **Exhibit 89** is a true and correct copy of EMUS564381-2, a document produced by Elpida.

91. Attached hereto as **Exhibit 90** is a true and correct copy of HSA:TABRIZI, F. 006137-51, a document produced by Hynix.

92. Attached hereto as **Exhibit 91** is a true and correct copy of NTC-TW 004410, a

1    document produced by the Nanya defendants.

2        93.    Attached hereto as **Exhibit 92** is a true and correct copy of ITAG-00027774, a
3    document produced by Infineon.

4        94.    Attached hereto as **Exhibit 93** is a true and correct copy of NTC 005243, a
5    document produced by the Nanya defendants.

6        95.    Attached hereto as **Exhibit 94** is a true and correct copy of Rebuttal Expert
7    Report of Robert C. Marshall, Ph.D.

8        96.    Attached hereto as **Exhibit 95** is a true and correct copy of excerpts from the
9    deposition of Benjamin Klein, dated April 23, 2008.

10       97.    Attached hereto as **Exhibit 96** is a true and correct copy of excerpts from the
11   deposition of Alan Cox, dated April 22, 2008.

12       98.    Attached hereto as **Exhibit 97** is a true and correct copy of NTC 73-00042563-
13   608, a document produced by the Nanya defendants.

14       99.    Attached hereto as **Exhibit 98** is a true and correct copy of NTC 73-00043661-71,
15   a document produced by the Nanya defendants.

16       100.    Attached hereto as **Exhibit 99** is a true and correct copy of NTC 73-00022899-
17   922, a document produced by the Nanya defendants.

18       101.    Attached hereto as **Exhibit 100** is a true and correct copy of NTC 73-00037436-
19   39, a document produced by the Nanya defendants.

20       102.    Attached hereto as **Exhibit 101** is a true and correct copy of NTC 73-00008704-
21   09, a document produced by the Nanya defendants.

22       103.    Attached hereto as **Exhibit 102** is a true and correct copy of NTC-59 0703-13, a
23   document produced by the Nanya defendants.

24       104.    Attached hereto as **Exhibit 103** is a true and correct copy of NTC 73-00016502-
25   04, a document produced by the Nanya defendants.

26       105.    Attached hereto as **Exhibit 104** is a true and correct copy of NTC-62 0586-96 , a
27   document produced by the Nanya defendants.

28

106.   Attached hereto as **Exhibit 105** is a true and correct copy of NTC-62 0645-55, a document produced by the Nanya defendants.

107.   Attached hereto as **Exhibit 106** is a true and correct copy of NTC 64-00009692, a document produced by the Nanya defendants.

108.   Attached hereto as **Exhibit 107** is a true and correct copy of NTC-73 000000104-09, a document produced by the Nanya defendants.

109.   Attached hereto as **Exhibit 108** is a true and correct copy of excerpts from the deposition of Vincent O'Brien, dated April 29, 2008.

110.   Attached hereto as **Exhibit 109** are true and correct copies of (a) Nanya Technology Corporations' and Nanya Technology Corporation USA's Objections and Response to Plaintiffs' Joint Interrogatories and (b) NTC-TW 029199-029274, a document produced by the Nanya defendants.

111.   Attached hereto as **Exhibit 110** is a true and correct copy of NTC 5 0243-63, a document produced by the Nanya defendants.

112.   Attached hereto as **Exhibit 111** is a true and correct copy of the Declaration of Nelson Chien, dated December 6, 2006, MDL Docket No. 1495.

113.   Attached hereto as **Exhibit 112** is a true and correct copy of the Rebuttal Expert Report of Halbert L. White, Ph.D., dated May 2, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of October, 2008 at Washington, District of Columbia.

David Cross

DC6334099.2

DECLARATION OF DAVID CROSS ISO OPPOSITION TO NTC USA & NTC MOTIONS FOR SUMMARY JUDGMENT
CASE NO. C-06-01665 PJH