| | |
|---|---|
| Jerome A. Murphy (*pro hac vice*) | James P. McCarthy (*pro hac vice*) |
| David D. Cross (*pro hac vice*) | Michael Olafson (*pro hac vice*) |
| CROWELL & MORING LLP | James M. Lockhart (*pro hac vice*) |
| 1001 Pennsylvania Avenue, N.W | DeAnne M. Hilgers (*pro hac vice*) |
| Washington, DC 20004-2595 | John C. Ekman (*pro hac vice*) |
| Telephone: 202-624-2500 | LINDQUIST & VENNUM PLLP. |
| Facsimile: 202-628-5116 | 4200 IDS Center |
| E-mail: jmurphy@crowell.com | 80 South Eighth Street |
| dcross@crowell.com | Minneapolis, MN 55402-2274 |
| | Telephone: 612-371-3211 |
| Daniel A. Sasse (CA Bar No. 236234) | Facsimile: 612-371-3207 |
| Theresa C. Lopez (CA Bar No. 205338) | E-mail: jmccarthy@lindquist.com |
| CROWELL & MORING LLP | molafson@lindquist.com |
| 3 Park Plaza, 20th Floor | jlockhart@lindquist.com |
| Irvine, CA 92614-8505 | dhilgers@lindquist.com |
| Telephone: 949-263-8400 | jekman@lindquist.com |
| Facsimile: 949-263-8414 | |
| E-mail: dsasse@crowell.com | James J. Ficenec (CA Bar No. 152172) |
| tlopez@crowell.com | SELLAR HAZARD MANNING |
| | FICENEC & LAI |
| *Counsel for Plaintiff Sun* | Sutter Street, Suite 460 |
| *Microsystems, Inc and Unisys Corporation* | Concord, CA 94520 |
| | Telephone: (925) 938-1430 |
| | Facsimile: (925) 926-7508 |
| | Email: jficenec@sellarlaw.com |
| | *Counsel for Plaintiff DRAM Claims Liquidation Trust* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| *Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al.* | Case Nos.: C-06-01665 PJH<br>C-06-02915 PJH<br>C-07-01200 PJH |
| *Unisys Corporation v. Hynix Semiconductor, Inc., et al.* | C-07-01207 PJH<br>C-07-01212 PJH<br>C-07-01382 PJH |
| *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al* | Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* | **DECLARATION OF DAVID CROSS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS HALBERT WHITE PURSUANT TO FED. R. EVID. 702** |
| *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* | |
| *DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A. v. Hynix Semiconductor, Inc., et al.* | |

1   I, David Cross, declare as follows:

2   1.   I am an attorney with the law firm of Crowell & Moring LLP and am one of the attorneys for Plaintiffs in these matters. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert Witness Halbert White. If called as a witness, I could and would testify as to the facts stated herein.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of the Rebuttal Expert Report of Halbert L. White, Jr., Ph.D., dated May 2, 2008.

3.   Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Halbert L. White, Jr., Ph.D., dated Dec. 14, 2007.

4.   Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the 2007 U.S. Antitrust Modernization Commission Report and Recommendations.

5.   Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the deposition of Halbert White taken Feb. 27, 2008.

6.   Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the Federal Judicial Center's Reference Manual on Scientific Evidence (2d ed. 2000).

7.   Attached hereto as **Exhibit 6** is a true and correct copy of the Rebuttal Expert Report of Francis X. Diebold, Ph.D., dated May 2, 2008.

8.   Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the deposition of Halbert White taken May 22, 2008.

9.   Attached hereto as **Exhibit 8** is a true and correct copy of the publication, "Matching to Remove Bias in Observational Studies," 29 *Biometrics* 159-83 (1973).

10.   Attached hereto as **Exhibit 9** is a true and correct copy of the publication, "Estimating causal effects of treatments in randomized and non-randomized studies," 66 *Journal of Educational Psychology* 688-701 (1974).

11.   Attached hereto as **Exhibit 10** is a true and correct copy of the publication, "Optimal Matching for Observational Studies," 84 *Journal of the American Statistical Association* 1024-32 (1989).

DEC. OF DAVID CROSS ISO PLS.' OPP. TO DEFS.' MOT. TO EXCLUDE THE TEST. OF PLS.' EXPERT WIT. HALBERT WHITE
CASE NOS. C06-01665; CO6-02915; C07-01200; C07-01207; C07-01212; C07-01382

12. Attached hereto as **Exhibit 11** is a true and correct copy of the publication, *Observational Studies*, Springer Verlag, New York (1995).

13. Attached hereto as **Exhibit 12** is a true and correct copy of the publication, "Comparison of Multivariate Matching Methods: Structures, Distances and Algorithms," 2 *Journal of Computational and Graphical Statistics* 405-20 (1993).

14. Attached hereto as **Exhibit 13** is a true and correct copy of the publication, "Matching as an Econometric Evaluation Estimator: Evidence from Evaluating a Job Training Programme," 64 *Review of Economic Studies* 605-54 (1997).

15. Attached hereto as **Exhibit 14** is a true and correct copy of the publication, "Implementing Matching Estimators for Average Treatment Effects in Stata," 4 *The Stata Journal* 290-311 (2004).

16. Attached hereto as **Exhibit 15** is a true and correct copy of the publication, "Programme Evaluation with Multiple Treatments," 18 *Journal of Economic Surveys* 181-224 (2004).

17. Attached hereto as **Exhibit 16** is a true and correct copy of the publication, "Simple and Bias Corrected Matching Estimators for Average Treatment Effects," *NBER Technical Working Paper* 283 (2002).

18. Attached hereto as **Exhibit 17** is a true and correct copy of the publication, "Large Sample Properties of Matching Estimators for Average Treatment Effects," 74 *Econometrica* 235-67 (2006).

19. Attached hereto as **Exhibit 18** is a true and correct copy of the publication, "Nonparametric Estimation of Average Treatment Effects under Exogeneity: A Review," 86 *Review of Economics and Statistics* 4-29 (2004).

20. Attached hereto as **Exhibit 19** is a true and correct copy of the publication, "Estimation of Average Treatment Effects Based on Propensity Scores," 2 *The Stata Journal* 358-77 (2002).

21. Attached hereto as **Exhibit 20** is a true and correct copy of the publication,

1 "Forecasting International Growth Rates Using Bayesian Shrinkage and Other Procedures," 40 *Journal of Econometrics* 183-202 (1989).

22. Attached hereto as **Exhibit 21** is a true and correct copy of the publication, "Forecasting Turning Points in International Output Growth Rates Using Bayesian Exponentially Weighted Autoregression, Time-Varying Parameter, and Pooling Techniques," 49 *Journal of Econometrics* 275-304 (1991).

23. Attached hereto as **Exhibit 22** is a true and correct copy of the publication, "Bayesian and Non-Bayesian Methods for Combining Models and Forecasts with Applications to Forecasting International Growth Rates," 56 *Journal of Econometrics* 89-118 (1993).

24. Attached hereto as **Exhibit 23** is a true and correct copy of the publication, "Forecasting Turning Points in Countries' Output Growth Rates: A Response to Milton Friedman," 88 *Journal of Econometrics* 203 (1999).

25. Attached hereto as **Exhibit 24** is a true and correct copy of the publication, "A Note on Aggregation, Disaggregation and Forecasting Performance," 19 *Journal of Forecasting* 457-65 (2000).

26. Attached hereto as **Exhibit 25** is a true and correct copy of the transcript from the *Daubert* hearing of *In Re Vitamins Antitrust Litigation*, Docket No. Misc. 99-197 (D.D.C.), dated Mar. 21, 2003.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the publication, "Econometric Analysis of Aggregation in the Context of Linear Prediction Models," 57 *Econometrica* 861-88 (1989).

28. Attached hereto as **Exhibit 27** is a true and correct copy of the publication, "Univariate ARIMA Forecasts of Defined Variables," 4 *Journal of Business & Economic Statistics* 81-86 (1986).

29. Attached hereto as **Exhibit 28** is a true and correct copy of the publication, "Top-Down or Bottom-Up: Aggregate Versus Disaggregate Extrapolations," 8 *International Journal of Forecasting* 233-41 (1992).

30. Attached hereto as **Exhibit 29** is a true and correct copy of the publication, "Analysis and Prediction of Telephone Demand in Local Geographical Areas," 2 *The Bell Journal of Economics and Management Science* 561-76 (1971).

31. Attached hereto as **Exhibit 30** is a true and correct copy of the publication, "An Empirical Evaluation of Top-Down and Bottom-up Forecasting Strategies," *Proceedings of the 1988 Annual Meeting of the Western Region Decision Sciences Institute*, 322-24 (1988).

32. Attached hereto as **Exhibit 31** is a true and correct copy of the publication, "Predicting Earnings: Entity Versus Subentity Data," 9 *Journal of Accounting Research* 127-36 (1971).

33. Attached hereto as **Exhibit 32** is a true and correct copy of the publication, "Predicting Earnings with Sub-Entity Data: Some Further Evidence," 14 *Journal of Accounting Research* 163-77 (1976).

34. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the expert report of Prof. B. Douglas Bernheim, submitted on May 24, 2002 in *In Re Vitamins Antitrust Litigation*, Docket No. Misc. 99-197 (D.D.C.).

35. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the *Daubert* hearing of *In Re Linerboard Antitrust Litigation* (E.D. Pa. June 14, 2007).

36. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from the transcript of the deposition of Halbert White taken Feb. 28, 2008.

37. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the transcript of the deposition of Francis Diebold taken May 29, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __ day of October, 2008 at Washington, District of Columbia.

*/s/ David P. Cross*
David Cross