KAYE SCHOLER LLP
Aton Arbisser, Bar Number 150496
Julian Brew, Bar Number 150615
Joshua Stambaugh, Bar Number 233834
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., ET AL.,<br><br>Defendants.<br><br>This document also filed in **related cases**:<br><br>*Unisys Corporation v. Hynix Semiconductor, Inc., et al.*, Case No. C-06-02915 PJH<br><br>*All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01200 PJH<br><br>*Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01207 PJH<br><br>*Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No., C-07-01212 PJH<br><br>*DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01381 PJH | Case No. C 06-01665 PJH<br><br>**REPLY DECLARATION OF JOSHUA STAMBAUGH IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS HALBERT WHITE PURSUANT TO FED. R. EVID. 702**<br><br>Hearing Date: December 10, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

I, Joshua Stambaugh, declare as follows:

I am a member in good standing of the State Bar of California and an associate in the law firm of KAYE SCHOLER LLP, counsel for defendants Infineon Technologies AG and Infineon Technologies North America Corp., in the above-entitled actions. I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would testify to them, except where I specify that I am declaring on information and belief, in which case I am informed and believe the facts to be true. I make this declaration in connection with Defendants' reply brief filed in support of Defendants' Motion to Exclude Halbert White in the above-entitled actions.

## EXPERT REPORTS

1. Attached as Exhibit 1 is a true and correct copy of excerpts from the March 7, 2008 Expert Report of Joseph P. Kalt.

2. Attached as Exhibit 2 is a true and correct copy of excerpts from the March 7, 2008 Expert Report of Kevin Murphy.

3. Attached as Exhibit 3 is a true and correct copy of excerpts from the March 7, 2008 Report of Vincent O'Brien.

## DEPOSITION TRANSCRIPTS

4. Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of Francis X. Diebold taken on May 29, 2008.

5. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Halbert L. White taken on February 27-28, 2008.

6. Attached as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Halbert L. White taken on May 22, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of October, 2008 in Los Angeles, California.

Joshua S. Stambaugh

1

REPLY DECLARATION OF JOSHUA STAMBAUGH IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF HALBERT WHITE - CASE NO. 06-1665 PJH AND *RELATED CASES*