UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNISYS CORPORATION,

    Plaintiff,

    v.

HYNIX SEMICONDUCTOR INC., et al.,

    Defendants.
_____/

No. C 06-2915 PJH

**ORDER CONTINUING HEARING DATE**

This Document Also Relates to:

All American Semiconductor v. Hynix et al., C 07-1200 PJH
Edge Electronics v. Hynix et al., C 07-1207 PJH
Jaco Electronics v. Hynix et al., C 07-1212 PJH
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion to disqualify counsel, which was previously set for December 3, 2008, at 9:00 a.m., has been CONTINUED to December 10, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED**.

Dated: November 4, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge