KAYE SCHOLER LLP
Aton Arbisser, Bar Number 150496
Julian Brew, Bar Number 150615
Joshua Stambaugh, Bar Number 233834
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants Infineon Technologies
North America Corp. and Infineon Technologies AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., ET AL., <br><br> Defendants. | Case No. C 06-01665 PJH <br><br> **NOTICE OF ERRATA RE DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS HALBERT WHITE PURSUANT TO FED. R. EVID. 702 ("Daubert Motion")** <br><br> Hearing Date: December 17, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 3, 17th Floor <br> Judge: Hon. Phyllis J. Hamilton |
| This document also filed in **related cases**: <br><br> *Unisys Corporation v. Hynix Semiconductor, Inc., et al.*, Case No. C-06-02915 PJH <br><br> *All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01200 PJH <br><br> *Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01207 PJH <br><br> *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.*, Case No., C-07-01212 PJH <br><br> *DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor, Inc., et al.*, Case No. C-07-01381 PJH | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT the Defendants' Memorandum of Points and Authorities in support of Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert Witness Halbert White Pursuant to Fed. R. Evid. 702, filed on August 8, 2008, contains certain inadvertent typographical and/or numerical errors. Defendants respectfully submit this errata to correct and revise these errors as specified below.

| Memorandum Page/Line | Current Text | Corrected Text |
| --- | --- | --- |
| Page 23, Line 5 | Ex. 3 at ¶¶ 214-217 | Ex. 3 at ¶¶ 214-217 & Figs. 27A-27E |
| Page 24, Line 24 | Ex. 3 at ¶¶ 60-61 | Ex. 3 at pp. 60-61 (¶¶ 210-213) |

In accordance with the revisions noted above, attached to this Errata as Exhibit A is a corrected copy of excerpts from Exhibit 3 (the March 7, 2008 Expert Report of Joseph Kalt) to the Declaration of Joshua Stambaugh, filed in support of the Defendants' Motion on August 8, 2008. .

DATED: December 5, 2008

Respectfully Submitted,
KAYE SCHOLER LLP

By:_____/s/_____
Julian Brew
Attorneys for Defendants
INFINEON TECHNOLOGIES NORTH AMERICA CORP. AND INFINEON TECHNOLOGIES AG

1

NOTICE OF ERRATA RE DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF HALBERT WHITE - Case No. 06-01665 PJH and *related cases*

# EXHIBIT "A"

[CORRECTED COPIES OF EXCERPTS FROM EXHIBIT "3"

TO THE DECLARATION OF JOSHUA S. STAMBAUGH

ORIGINALLY FILED ON AUGUST 8, 2008]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re Dynamic Random Access Memory (DRAM) Antitrust Litigation | | |
| THIS DOCUMENT RELATES TO: | | |
| Sun Microsystems, Inc. and Unisys Corporation, v. Hynix Semiconductor, Inc., et al. | ) ) ) ) | Docket No. 06-cv-1665 |
| All American Semiconductor, Inc., v. Hynix Semiconductor, Inc. et al. | ) ) ) ) | Docket No. 07-cv-1200 |
| Edge Electronics, Inc., v. Hynix Semiconductor, Inc. et al. | ) ) ) ) | Docket No. 07-cv-1207 |
| Jaco Electronics, Inc. v. Hynix Semiconductor, Inc. et al. | ) ) ) ) | Docket No. 07-cv-1212 |
| Dram Claims Liquidation Trust, by Its Trustee, Wells Fargo Bank, N.A., v. Hynix Semiconductor, Inc., et al. | ) ) ) ) ) | Docket No. 07-cv-1381 |

EXPERT REPORT OF JOSEPH P. KALT, Ph.D.
March 7, 2008

HIGHLY CONFIDENTIAL

### F.  Professor White's Damages Methodology Is Flawed Because It Is Biased Toward Finding Damages

210. Professor White's analysis begins with identification of a purported effect on the named OEMs. A later stage develops the relationship between OEM prices and Plaintiff prices. This relationship is used to calculate damages for the Plaintiffs based on the effect found on the named OEMs in the first stage of his analysis.

211. The structure of the analysis of the relationship between Plaintiff prices and OEM prices is based on a statistical regression (curve fitting) of Plaintiff prices on lags of Plaintiff prices and leads and lags of OEM prices. These are the only factors that Professor White uses to determine the relationship between named OEM prices and Plaintiff prices. To calculate asserted overcharges in this stage, Professor White forecasts the Plaintiff prices using the "but for" OEM prices that he calculates in the first stage of the analysis.

212. If the "but for" named OEM prices in Professor White's prediction methodology are replaced by the actual OEM prices, Professor White's predictions of Plaintiff prices should yield damages of approximately zero. This has to be the case because if the actual and "but for" OEM prices are the same, the damages methodology is being told that the actual and the "but for" world are the same, and it is deviations of actual from "but for" that generate "damages" in Professor White's approach.

213. Professor White's model of Plaintiff prices does not estimate overcharges of approximately zero when actual OEM prices are used. Instead, Professor White's second stage estimates significant damages ranging from about 13 to about 48 percent of his estimated damages when the second stage of his model uses actual rather than "but for" inputs. Figures 26A through 26F show the results of Professor White's prediction of Plaintiff prices where the model is told that the "but for" OEM prices are the same as the actual OEM prices (i.e., there are no OEM overcharges). As the figures show, Professor White's methodology incorrectly produces substantial damages. Clearly,

Professor White's model of damages is unreliable and the forecasting methodology that he has employed is highly biased toward finding damages.



Figure 27A
PROFESSOR WHITE'S METHODOLOGY:
ACTUAL v. "BUT-FOR" PRICE INDICES
All American
April 1999 – June 2002 Conduct Period

Source: Professor White's Workpapers.



Figure 27B
**PROFESSOR WHITE'S METHODOLOGY: ACTUAL v. "BUT-FOR" PRICE INDICES**
Jaco
April 1999 - June 2002 Conduct Period

Source: Professor White's Workpapers.



Figure 27C
**PROFESSOR WHITE'S METHODOLOGY: ACTUAL v. "BUT-FOR" PRICE INDICES**
SGI
April 1999 - June 2002 Conduct Period

Calculated Damages: -$36,506,149

Source: Professor White's Workpapers.



Figure 27D
**PROFESSOR WHITE'S METHODOLOGY: ACTUAL v. "BUT-FOR" PRICE INDICES**
Sun
April 1999 - June 2002 Conduct Period

Calculated Damages: $271,885,535

Source: Professor White's Workpapers.



Figure 27E
PROFESSOR WHITE'S METHODOLOGY:
ACTUAL v. "BUT-FOR" PRICE INDICES
Unisys
April 1999 - June 2002 Conduct Period

Calculated Damages: $30,530,525

— Unisys Fisher Price Index
— But-For Unisys Price Index

Source: Professor White's Workpapers.

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| COUNTY OF LOS ANGELES | ) |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On December 5, 2008, I served the documents described as: **NOTICE OF ERRATA RE DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS HALBERT WHITE PURSUANT TO FED.R.EVID. 702 ("Daubert Motion")** by placing a copy of the above entitled document in a sealed envelope addressed as stated on the attached service list.

__X__ by **ECF: by USDC Live System-Documents Filing System on all interested parties registered for e-filing in cases 06-01665 PJH; 06-2915 PJH; 07-01200 PJH; 07-01207 PJH; 07-01212 PJH; and 07-01381 PJH**

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 5, 2008, at Los Angeles, California.

/s/ *Vickie J. Huntley*
Vickie J. Huntley

23237649.DOC        PROOF OF SERVICE BY CM/ECF FILING

| | |
|---|---|
| Kent A. Gardiner (Pro Hac Vice)<br>Kathryn D. Kirmayer (Pro Hac Vice)<br>Jerome A. Murphy (Pro Hac Vice)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Telecopy:   (202) 628-5116<br>E-Mail: kgardiner@crowell.com<br>E-Mail: kkirmayer@crowell.com<br>E-Mail: jmurphy@crowell.com<br>E-Mail: dcross@crowell.com<br>Attorneys For Plaintiff<br><br>Robert Turken<br>BILZIN SUMBERG BAENA<br>   PRICE & ALELROD LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-5340<br>Telephone: (305) 350-2381<br>Telecopy:   (305) 351-2262<br>E-Mail: rturken@bilzin.com<br>Attorneys For Plaintiff<br>All American Semiconductor, Inc.<br><br>James J. Ficence<br>SELLAR HAZARD MANNING<br>   FICENEC & LAI<br>1800 Sutter Street, Suite 460<br>Concord, California 94520<br>Telephone: (925) 938-1430<br>Telecopy:   (925) 926-7508<br>E-Mail:  jficenec@sellarlaw.com<br>Attorneys For Plaintiff DRAM Claims Liquidation Trust | Daniel A. Sasse<br>Christine E. Cwiertny<br>Roger S. Feldmann<br>CROWELL & MORING LLP<br>3 Park Plaza, 20 Floor<br>Irvine, California 92614<br>Telephone: (949) 263-8400<br>Telecopy:  (949) 263-8414<br>e-Mail: dsasse@crowell.com<br>E-Mail: ccwiertny@crowell.com<br>E-Mail: sfeldmann@crowell.com<br>Attorneys for Plaintiff<br><br>Paul P. Eyre<br>Melissa Maxman<br>Tracy Cole<br>BAKER & HOSTELER LLP<br>666 Fifth Avenue<br>New York, New York 10103<br>Telephone: (212)589-4200<br>Telecopy:  (212) 589-4201<br>E-Mail: peyre@bakerlaw.com<br>E-Mail: mmaxman@bakerlaw.com<br>E-Mail: tcole@bakerlaw.com<br>Attorneys For Plaintiff Jaco Electronics, Inc. and Edge Electronics, Inc.<br><br>James P. McCarthy<br>Michael Olafson<br>James M. Lockhart<br>Deanne M. Hilgers<br>LINDQUIST & VENNUM P.L.L.P.<br>80 South 8 Street, 4200 IDS Center<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 371-3211<br>Telecopy:  (612) 371-3207<br>E-Mail: jmccarthy@Lindquist.com<br>E-Mail: molafson@Lindquist.com<br>E-Mail: jlockhart@Lindquist.com<br>E-Mail: dhilgers@Lindquist.com<br>Attorneys For Plaintiff<br>DRAM Claims Liquidation Trust |

23237649.DOC                PROOF OF SERVICE BY CM/ECF FILING

| | |
|---|---|
| Kenneth R. O'Rourke<br>Steven H. Bergman<br>O'MELVENY & MYERS<br>400 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 430-6000<br>Telecopy:   (213) 430-6470<br>E-Mail: korourke@omm.com<br>E-Mail: sbergman@omm.com<br><br>Ian Simmons<br>O'MELVENY & MYERS<br>1625 Eye Street, N.W.<br>Washington, D. C. 20006<br>Telephone: (202) 383-5300<br>Telecopy:   (202) 383-5414<br>E-Mail: isimmons@omm.com<br><br>Michael F. Tubach<br>O'MELVENY & MYERS<br>275 Battery Street<br>San Francisco, California 94111<br>Telephone: (415) 984-8700<br>Telecopy:   (415) 984-8701<br>E-Mail: mtuback@omm.com<br>Attorneys For Defendant Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.<br><br>James G. Kreissman<br>Harrison J. Frahn<br>Jason M. Bussey<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California 94304<br>Telephone: (650) 251-5000<br>Telecopy:   (650) 251-5002<br>E-Mail: jkreissman@stblaw.com<br>E-Mail: hfrahn@stblaw.com<br>E-Mail: jbussey@stblaw.com<br>Attorneys For Elpida Memory, Inc. and Elpida Memory (USA) Inc.<br><br>Gary L. Halling<br>James L. McGinnis<br>Mona Solouki<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero, 17th Floor<br>San Francisco, California 94111<br>Telephone: (415) 434-9100<br>Telecopy:   (415) 434-3947<br>E-Mail: ghalling@sheppardmullin.com<br>E-Mail: jmcginnis@sheppardmullin.com<br>E-Mail: msolouki@sheppardmullin.com<br>Attorneys For Defendants Samsung Electronics Co., Ltd. And Samsung Semiconductor, Inc. | Steven V. Bomse<br>Michael J. Shepard<br>David C. Brownstein<br>Scott E. Morgan<br>HELLER EHRMAN LLP<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 772-6749<br>Telecopy:   (415) 772-6268<br>E-Mail: stephen.bomse@hellerehrman.com<br>E-Mail: Michael.Shepard@hellerehrman.com<br>E-Mail: dbrownstein@hellerehrman.com<br>E-Mail: scott.morgan@hellerehrman.com<br>Attorneys For Defendants Mosel Vitelic Inc. And Mosel Vitelic Corporation<br><br>Robert E. Freitas<br>Na'il Benjamin<br>Cynthia A. Zuniga<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>100 Marsh Road<br>Menlo Park, California 94025<br>Telephone: (650) 614-7400<br>Telecopy:   (650) 614-7401<br>E-Mail: rfreitas@orrick.com<br>E-Mail: nbenjamin@orrick.com<br>E-Mail: czuniga@orrick.com<br><br>Howard M. Ullman<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone: (415) 773-5700<br>Telecopy:   (415) 773-5759<br>E-Mail: hullman@orrick.com<br>Attorneys For Defendants Nanya Technology Corp. and Nanya Technology Corp. USA<br><br>Robert B. Pringle<br>Paul R. Griffin<br>Jonathan E. Swartz<br>THELEN REID BROWN<br>  RAYSMAN & STEINER LLP<br>101 Second Street, Suite 1800<br>San Francisco, California 94105<br>Telephone: (415) 371-1200<br>Telecopy:   (415) 371-1211<br>E-Mail: rbpringle@thelenreid.com<br>E-Mail: pgriffin@thelenreid.com<br>E-Mail: jswartz@thelenreid.com<br>Attorneys For Defendants NEC Electronics America, And NEC Corporation |

23237649.DOC                          PROOF OF SERVICE BY CM/ECF FILING

| | |
|---|---|
| Joel S. Sanders<br>Joshua Hess<br>GIBSON, DUNN & CRUTCHER LLP<br>One Montgomery Street, Suite 3100<br>San Francisco, California 94104<br>Telephone: (415) 393-8200<br>Telecopy:   (415) 986-5309<br>E-Mail: jsanders@gibsondunn.com<br>E-Mail: jhess@gibsondunn.com<br>Attorneys For Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.<br><br>Kenneth L. Nissly<br>Susan van Keulen<br>Samuel J. Maselli<br>THELEN REID BROWN<br>  RAYSMAN & STEINER LLP<br>225 West Santa Clara Street, 12th Floor<br>San Jose, California 95113<br>Telephone: (408) 292-5800<br>Telecopy:   (408) 287-8040<br>E-Mail: kennissly@thelen.com<br>E-Mail: svankeulen@thelen.com<br>E-Mail: smaselli@thelen.com<br>Attorneys For Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.<br>(IN DRAM CLAIMS LIQUIDATION TRUST ONLY)<br><br>Daniel A. Alberti<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, California 94304<br>Telephone: (650) 813-5000<br>Telecopy:   (650) 813-5100<br>E-Mail: dalberti@mwe.com<br>Attorneys For Hitachi, ltd., Hitachi America, Ltd., Hitachi Semiconductor America, Inc., n/k/a Renesas Technology America, Inc. | |

23237649.DOC                PROOF OF SERVICE BY CM/ECF FILING