James P. McCarthy *(pro hac vice application pending)*
Michael Olafson *(pro hac vice application pending)*
James M. Lockhart *(pro hac vice application pending)*
DeAnne M. Hilgers *(pro hac vice application pending)*
John C. Ekman *(pro hac vice application pending)*
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center – 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: molafson@lindquist.com
Email: jlockhart@lindquist.com
Email: dhilgers@lindquist.com
Email: jekman@lindquist.com

James J. Ficenec (SBN – 152172)
SELLAR HAZARD MANNING FICENEC & LAI
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone: (925) 938-1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

Counsel for Plaintiff, Unisys Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNISYS CORPORATION.<br><br>             Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, et al.,<br><br>             Defendants. | CASE NO. C-06-02915-PJH<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>**PLAINTIFF UNISYS CORPORATION'S NOTICE OF SUBSTITUTION OF COUNSEL** |

TO: THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff Unisys Corporation ("Unisys") hereby substitutes James Ficenec and the law firm of Sellar Hazard Manning Ficenec & Lai; and James McCarthy, James Lockhart, Michael Olafson, DeAnne Hilgers, and John Ekman and the law firm of Lindquist & Vennum P.L.L.P. (pro hac vice application pending) as attorneys of record in place of Jerome Murphy, David Cross, Daniel Sasse, and Theresa Lopez and the law firm of Crowell & Moring LLP.

The address of the Sellar Hazard law firm is 1800 Sutter Street, Ste. 460, Concord, CA 94520; telephone: (925) 938-1430; facsimile (925) 256-7508. James Ficenec is admitted to practice before this Court.

The address of the Lindquist & Vennum law firm is 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402; telephone: (612) 371-3211, facsimile (612) 371-3207. Pro hac vice applications are pending for James McCarthy, Michael Olafson, James Lockhart, DeAnne Hilgers, and John Ekman.

Dated: April 6, 2009                         SELLAR HAZARD MANNING FICENEC
                                             & LAI


                                             By: /s/ James J. Ficenec
                                                 James J. Ficenec (SBN – 152172)
                                             Sellar Hazard Manning Ficenec & Lai
                                             1800 Sutter Street, Ste. 460
                                             Concord, CA 94520
                                             Telephone: (925) 938-1430
                                             Facsimile: (925) 926-7508
                                             Email: jficenec@sellarlaw.com

LINDQUIST & VENNUM P.L.L.P.

James P. McCarthy
Michael Olafson
James M. Lockhart
DeAnne M. Hilgers
John C. Ekman
4200 IDS Center - 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: molafson@lindquist.com
Email: jlockhart@lindquist.com
Email: dhilgers@lindquist.com
Email: jekman@lindquist.com

**COUNSEL FOR PLAINTIFF**
**UNISYS CORPORATION**



IT IS SO ORDERED
Judge Phyllis J. Hamilton

3

Plaintiff Unisys Corporation's Notice of Substitution of Counsel
C06-02915-PJH

Doc# 2919911\1