James P. McCarthy *(pro hac vice)*
Michael Olafson *(pro hac vice)*
James M. Lockhart *(pro hac vice)*
DeAnne M. Hilgers *(pro hac vice)*
John C. Ekman *(pro hac vice)*
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: molafson@lindquist.com
Email: jlockhart@lindquist.com
Email: dhilgers@lindquist.com
Email: jekman@lindquist.com

James J. Ficenec (SBN – 152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone: (925) 938-1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

Counsel for Plaintiff, Wells Fargo Bank, N.A.

FILED
JUL 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unisys Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>Hynix Semiconductor, et al.,<br><br>         Defendants. | Case No.: C06-02915-PJH<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER AS TO NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY CORPORATION USA** |

## STIPULATION

The parties hereto hereby stipulate to a dismissal of this action as to defendants Nanya Technology Corporation and Nanya Technology Corporation USA with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorney's fees.  This dismissal shall not apply to or affect any other defendant in this action.

**IT IS SO STIPULATED AND AGREED.**

Dated:  July 15, 2009                     LINDQUIST & VENNUM P.L.L.P.

                                          By: _____/s/_____
                                                James P. McCarthy

                                          Attorneys for Plaintiff

                                          UNISYS CORPORATION

Dated:  July 15, 2009                     ORRICK HERRINGTON & SUTCLIFFE LLP

                                          By: _____/s/_____
                                                Howard M. Ullman

                                          Attorneys for Defendants

                                          NANYA TECHNOLOGY CORPORATION
                                          and NANYA TECHNOLOGY
                                          CORPORATION USA

Doc# 3035379\1

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

```
                              /s/
                        _____
                         James P. McCarthy
```

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 7/20/09

_____
Hon. Phyllis J. Hamilton
United States District Judge