James P. McCarthy *(pro hac vice)*
Michael Olafson *(pro hac vice)*
James M. Lockhart *(pro hac vice)*
DeAnne M. Hilgers *(pro hac vice)*
John C. Ekman *(pro hac vice)*
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: molafson@lindquist.com
Email: jlockhart@lindquist.com
Email: dhilgers@lindquist.com
Email: jekman@lindquist.com

James J. Ficenec (SBN – 152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone: (925) 938-1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

Counsel for Plaintiff, Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unisys Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Hynix Semiconductor, et al.,<br><br>Defendants. | Case No.: C06-02915-PJH<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER AS TO INFINEON TECHNOLOGIES AG AND INFINEON TECHNOLOGIES NORTH AMERICA CORP.** |

**STIPULATION**

The Parties hereto hereby stipulate to a dismissal of this action as to defendants Infineon Technologies AG and Infineon Technologies North America Corp., with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This stipulation is pursuant to a settlement agreement negotiated by the Parties, and the Parties agree that the Court should reserve jurisdiction to enforce the terms of that settlement agreement. Each Party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant in this action. The dismissal is without prejudice to Plaintiffs' right to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED AND AGREED.**

Dated: December 2, 2009

LINDQUIST & VENNUM P.L.L.P.

By: /s/ James P. McCarthy
James P. McCarthy

Attorneys for Plaintiff

UNISYS CORPORATION

Dated: December 2, 2009

KAYE SCHOLER LLP

By: /s/ Julian Brew
Julian Brew

Attorneys for Defendants

INFINEON TECHNOLOGIES AG AND INFINEON TECHNOLOGIES NORTH AMERICA CORP.

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ James P. McCarthy

James P. McCarthy

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 12/8/09

