James P. McCarthy *(pro hac vice)*
Michael Olafson *(pro hac vice)*
James M. Lockhart *(pro hac vice)*
DeAnne M. Hilgers *(pro hac vice)*
John C. Ekman  *(pro hac vice)*
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  (612) 371-3211
Facsimile:  (612) 371-3207
Email:  jmccarthy@lindquist.com
Email:  molafson@lindquist.com
Email:  jlockhart@lindquist.com
Email:  dhilgers@lindquist.com
Email:  jekman@lindquist.com

James J. Ficenec (SBN – 152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone:  (925) 938-1430
Facsimile:  (925) 926-7508
Email:  jficenec@sellarlaw.com

Counsel for Plaintiff, Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unisys Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>Hynix Semiconductor, et al.,<br><br>      Defendants. | Case No.:  C06-02915-PJH<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER AS TO HYNIX SEMICONDUCTOR INC. AND HYNIX SEMICONDUCTOR AMERICA INC.** |

## STIPULATION

The parties hereto hereby stipulate to a dismissal of this action as to defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This stipulation is pursuant to a settlement agreement negotiated by the Parties, and the Parties agree that the Court should reserve jurisdiction to enforce the terms of that settlement agreement. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant in this action.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 17, 2009                LINDQUIST & VENNUM P.L.L.P.

By: _____/s/_____
         James P. McCarthy

Attorneys for Plaintiff

UNISYS CORPORATION

Dated: July 17, 2009                O'MELVENY & MYERS LLP

By: _____/s/_____
         Steven H. Bergman

Attorneys for Defendants

HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/
James P. McCarthy

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 1/21/10



Hon. Phyllis J. Hamilton
United States District Judge

4

Stipulation of Dismissal as to Hynix Defendants
C06-02915-PJH

Doc# 3035382\1